# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JIMENEZ, | Case No.: 1:23-cv-01376 JLT CDB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE |
| v. | |
| B. CATES, et al., | (Doc. 14) |
| Defendants. | |

Plaintiff seeks to hold defendants liable for violations of his civil rights. Following screening of the complaint and Plaintiff's failure to file a first amended complaint curing the deficiencies identified in the screening order, the assigned magistrate judge recommended this action be dismissed without prejudice for Plaintiff's failure to obey Court orders and failure to prosecute. (Doc. 14.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days and advised that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 4-5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued January 13, 2026 (Doc. 14) are **ADOPTED** in full.

2. This action is **DISMISSED**, without prejudice, for Plaintiff's failure to obey Court orders and failure to prosecute.

3. The Clerk of the Court is **DIRECTED** to terminate any deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **February 4, 2026**

_____
UNITED STATES DISTRICT JUDGE

2